Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

In Re:  Dennis A Phillips
       Kimberly C Phillips
          Debtor(s)

SSN/TAX ID:
    xxx–xx–4089
    xxx–xx–3469

Case No.: 2:10–bk–64424

Chapter: 13

Judge: Charles M Caldwell

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by HSBC Bank Nevada, N.A. for the transfer of a claim originally filed by Capital One, N.A..

The transfer/assignment designates Capital One, N.A. as the transferor and HSBC Bank Nevada, N.A. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is November 21, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: October 31, 2012

                                      FOR THE COURT:
                                      Kenneth Jordan
                                      Clerk, U.S. Bankruptcy Court