Form a0asgncl

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re: Dennis A Phillips
       Kimberly C Phillips
          Debtor(s)

SSN/TAX ID:
    xxx–xx–4089
    xxx–xx–3469

Case No.: 2:10–bk–64424

Chapter: 13

Judge: Charles M Caldwell

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One, N.A. Bass & Associates, P.C. for the transfer of a claim originally filed by HSBC Bank Nevada, N.A. Bass & Associates, P.C..

The transfer/assignment designates HSBC Bank Nevada, N.A. Bass & Associates, P.C. as the transferor and Capital One, N.A. Bass & Associates, P.C. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is January 9, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: December 19, 2012

                    FOR THE COURT:
                    Kenneth Jordan
                    Clerk, U.S. Bankruptcy Court